1

2

3

4

5

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  SCOTT N. JOHNSON,                    )
                                         )       2:07-cv-02088-GEB-EFB
13              Plaintiff,               )
                                         )
14        v.                             )       ORDER RE: SETTLEMENT
                                         )       AND DISPOSITION
15  MOHAMMAD A. ASLAM, d/b/a Golden      )
    State Transmission & Muffler;        )
16  MING CHUNG LUM, individually and as)
    Trustee of the Ming and Mo Sin Lum  )
17  Revocable Trust, U/D/T 3/4/92;       )
    MO SIN WONG LUM, individually and   )
18  as Trustee of the Ming and Mo Sin   )
    Lum Revocable Trust, U/D/T 3/4/92,  )
19                                       )
                Defendants.              )
20  _____)

21        On June 10, 2008, Plaintiff filed a Notice of Settlement in

22  which he states "the parties have settled this action [and]

23  [d]ispostional documents will be filed within (20) calendar days."

24  Therefore, a dispositional document shall be filed no later than June

25  20, 2008.  Failure to respond by this deadline may be construed as

26  consent to dismissal of this action without prejudice, and a

27  dismissal order could be filed.  See L.R. 16-160(b) ("A failure to

28

1

1   file dispositional papers on the date prescribed by the Court may be

2   grounds for sanctions.").

3            IT IS SO ORDERED.

4   Dated:   June 12, 2008

5   _____

6   GARLAND E. BURRELL, JR.
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28